# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

JAMES A. WRAY,

    Plaintiff,

v.                                                Case No. 1:19-cv-166-AW-GRJ

CHAP POPPELL, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

Before the Court is the Magistrate Judge's Report and Recommendation dated October 8, 2019. ECF No. 7. The Report and Recommendation served on Plaintiff was returned as undeliverable, and the Court mailed a copy to Plaintiff's new address. ECF No. 9. No objections were filed. I have determined that the Report and Recommendation should be adopted.

It is now ordered:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this Order.

2.    Plaintiff's Amended Motion for Leave to Proceed *In Forma Pauperis*, ECF No. 6, is DENIED.

3. The Clerk shall enter a judgment that says, "The Complaint, ECF No. 1, is DISMISSED without prejudice pursuant to the three-strikes provision of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g)."

4. The Clerk shall close the file.

SO ORDERED on December 30, 2019.

s/ *Allen Winsor*
United States District Judge